

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00084-CR

---

**MICHAEL MANYUON, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 075405-D-CR, Honorable Steven Denny, Presiding

---

March 28, 2025

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Michael Manyuon, appeals from the trial court's judgment revoking his community supervision for the offense of driving while intoxicated[1] and sentencing him to six years of confinement. On January 16, 2025, the trial court signed a certification of Appellant's right of appeal. However, the certification is incomplete and does not indicate whether Appellant has a right to appeal his case. *See* TEX. R. APP. P. 25.2(a)(2), (d).

---

[1] *See* TEX. PENAL CODE ANN. § 49.09(b).

Because the certification is defective, we abate the appeal and remand the cause to the trial court to prepare an amended certification that indicates whether Appellant has a right of appeal. *See* TEX. R. APP. P. 25.2(f); *Dears v. State*, 154 S.W.3d 610, 613–14 (Tex. Crim. App. 2005) (requiring an appellate court to determine whether the trial court's certification comports to the record). The trial court shall utilize reasonable means to secure Appellant's signature on the amended certification. *See* TEX. R. APP. P. 25.2(d). The amended certification shall be included in a supplemental clerk's record filed with this court by April 28, 2025.

It is so ordered.

Per Curiam

Do not publish.